UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DARNELL NASH,**

    **Plaintiff,**

v.                                              Case No. 5:23-cv-7-TKW-MJF

**BUREAU OF PRISONS,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice based on Plaintiff's failure to pay the filing fee, failure to comply with court orders, and failure to prosecute. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 10th day of April, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

2